## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY K. OSBURN, f/k/a<br>MARY K. STUBBLEFIELD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GATEHOUSE MEDIA ILLINOIS<br>HOLDINGS, INC. d/b/a SI TRADER,<br>and LYNN KIDD,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　NO. 11-cv-913-JPG-SCW<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

The Court having received a stipulation for dismissal signed by all parties of record; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:** March 20, 2012

　　　　　　　　　　　　　　　　　　　　NANCY ROSENSTENGEL, Clerk of Court

　　　　　　　　　　　　　　　　　　　　By:s/Deborah Agans, Deputy Clerk


APPROVED:　_s/J. Phil Gilbert_
　　　　　　　J. PHIL GILBERT
　　　　　　　U. S. DISTRICT JUDGE